# Exhibit 1



# BOOGIE

| | |
|---|---|
| **Reg. No. 4,003,453** | WHAM-O, INC. (DELAWARE CORPORATION) |
| **Registered July 26, 2011** | 5903 CHRISTIE AVENUE<br>EMERYVILLE, CA 94608 |
| **Int. Cl.: 28** | FOR: BOARD GAMES, TARGET GAMES; DECORATIONS FOR CHRISTMAS TREES; TOY FLYING DISKS; SNOW SLEDS FOR RECREATIONAL USE; TOBOGGANS; BODY BOARDS; BAGS ESPECIALLY DESIGNED FOR SURFBOARDS; LEASHES USED IN CONJUNCTION WITH SURFING; SKIM BOARDS; SURF BOARDS; SWIM FINS; DOLLS AND STUFFED TOY ANIMALS; TOY SCALE MODEL VEHICLES; JIGSAW PUZZLES; CHRISTMAS TREE ORNAMENT; COMMEMORATIVE SPORTS BALLS; ACTION PUPPETS; INFLATABLE TOYS; TEDDY BEARS; DARTBOARD CABINETS AND DARTS; CHRISTMAS STOCKINGS; BASKETBALL BACKBOARDS; YO-YOS; ACTION FIGURES AND ACCESSORIES THEREFORE; MARBLES; SPORTS BALLS; VOLLEYBALL NETS, TENNIS NETS, NETS FOR BALL GAMES; PLASTIC TOY HOOPS; TOY FOOT BEAN BAGS; GYMNASTIC EQUIPMENT, NAMELY, EQUIPMENT FOR PRACTICING BODY SURFING OUT OF THE WATER; BALLOONS; GOLF GLOVES; RADIO-OPERATED TOY VEHICLES; TOYS FOR PETS; PINBALL MACHINES; DISCUSES; EXERCISE EQUIPMENT, NAMELY, EQUIPMENT FOR PRACTICING BODY SURFING OUT OF THE WATER; HAND-HELD UNITS FOR PLAYING VIDEO GAMES; INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; INFLATABLE INNER TUBES FOR AQUATIC RECREATIONAL USE; WATER TOYS; SAND TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | |

FIRST USE 10-7-1973; IN COMMERCE 10-14-1973.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,496,140, 2,971,301, AND OTHERS.

SN 78-980,346, FILED 7-17-2006.

PAULA MAHONEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,496,140
Registered Oct. 9, 2001

## TRADEMARK
## PRINCIPAL REGISTER

### BOOGIE

WHAM-O, INC. (DELAWARE CORPORATION)
182 SECOND STREET
3RD FLOOR
SAN FRANCISCO, CA 94105, BY ASSIGNMENT; BY ASSIGNMENT WHAM-O, INC (DELAWARE CORPORATION) SAN FRANCISCO, CA 94105

FOR: BODYBOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-7-1973; IN COMMERCE 10-14-1973.

OWNER OF U.S. REG. NOS. 1,048,196 AND 1,454,674.

SER. NO. 76-127,235, FILED 9-12-2000.

DINISA HARDLEY, EXAMINING ATTORNEY