**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division**

Wham−O Holding, Ltd., et al.

                                                            Plaintiff,

v.                                                                      Case No.: 1:22−cv−02571

                                                                       Honorable Gary Feinerman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 6, 2022:

      MINUTE entry before the Honorable Gary Feinerman:At the Plaintiffs' request, motion for order to show cause [37] and motion to stay and for discovery [38] are withdrawn. The motion hearing set for 7/7/2022 [39] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.