IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:22-cv-02571

Judge Gary Feinerman

Magistrate Judge Jeffrey I. Cummings

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 42 | Kingspin【7-15 Days Delivery】 |
| 11 | Biubee |
| 109 | Hebei Zeyong Technology Co., Ltd. |
| 131 | Shanghai Ausbroad Trading Co., Ltd. |
| 110 | Hefei Smartmak Industrial Co., Ltd. |
| 138 | Suzhou Leon Technology Co., Ltd. |
| 142 | Weihai Hiwobang Yacht Co., Ltd. |
| 122 | Ningbo AGS Imp. & Exp. Co., Ltd. |
| 99 | Blue Sea Plastic Products Co., Ltd. |
| 139 | Tianjin Fayean Technology Co., Ltd. |
| 66 | shenzhenshilonghuaqushangxusujiaozhipinchang |

DATED: July 9, 2022                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 9, 2022 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

      */s/ Keith A. Vogt*
      Keith A. Vogt