IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O, <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 1:22-cv-02571 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Jeffrey I. Cummings |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 56 | OVERMAL Direct |
| 145 | Weihai Shenhe Sports Equipment Co., Ltd. |
| 146 | Weihai Skatinger Outdoor Co., Ltd. |
| 154 | Yiwu Hongyi E-Commerce Firm |
| 159 | Zhoushan Deco Import& Export Co., Ltd. |
| 147 | Weihai Sunshine Yacht Co., Ltd. |
| 124 | Ningbo Choice Development Co., Ltd. |
| 123 | Ningbo Beyoung Sporting Goods Co., Ltd. |
| 114 | Huizhou Winmax Sport Ltd. |
| 40 | kinbor |
| 19 | completeness66 |
| 26 | Ertingbafang |
| 38 | kaikaistore |

DATED:  September 12, 2022 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　　　　33 W. Jackson Blvd., #2W
　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　　　　Telephone:312-971-6752
　　　　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 12, 2022 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                  */s/ Keith A. Vogt*
                                                  Keith A. Vogt